IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR47 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDY LEE CONTRERAS and | ) | |
| VERONICA CONTRERAS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of defendant Veronica Contreras for an extension of the pretrial motion deadline. The motion was made during a hearing on March 21, 2013, to accommodate Contreras' entry into a substance abuse treatment program. Contreras acknowledged the additional time needed for her motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted and the pretrial motion deadline will be extended as to her and the co-defednant, Randy Lee Contreras.

**IT IS ORDERED:**

1. Contreras' motion for an extension of time to file pretrial motions is granted. All defendants shall have **to on or before June 14, 2013**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from March 21, 2013, and June 14, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act  for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of March, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge